THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PETER BELLO, Appellant.

*Argued October 6, 1947; decided November 21, 1947.*

*Marvin M. Simon* and *Andrew J. Musacchio* for appellant.
*Joseph A. Nevins* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: Lewis, Desmond, Thacher and Fuld, JJ. Dissenting: Loughran, Ch. J., Conway and Dye, JJ.